# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. |
| LASHUNDRA CORNELIUS GUNN, | ) |
| | ) |
| Defendant. | ) |

## <u>INFORMATION</u>

**<u>COUNT ONE</u>: [18 U.S.C. § 1349]**

The U.S. Attorney charges:

From on or about May 8, 2020, to on or about December 31, 2020, the exact dates being unknown, the defendant,

**LASHUNDRA CORNELIUS GUNN,**

did knowingly and willfully conspire with others, including INDIVIDUAL-1, INDIVIDUAL-2, INDIVIDUAL-3, INDIVIDUAL-4, INDIVIDUAL-5, INDIVIDUAL-6, INDIVIDUAL-7, and INDIVIDUAL-8, to transmit by means of wire communication in interstate commerce, writings for the purpose of executing a scheme and artifice to defraud the Small Business Administration, by submitting applications for CARES Act funding for businesses that did not exist or did not qualify for the funding requested, and to obtain, by means of materially false and fraudulent pretenses, representations and promises, money and property owned by,

and under the custody and control of the Small Business Administration, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1349.

**COUNT TWO: [26 U.S.C. § 7206(1)]**

The U.S. Attorney further charges:

On or about March 15, 2021, in Jefferson County, the defendant,

**LASHUNDRA CORNELIUS GUNN,**

a resident of Trussville, Alabama, did willfully make and subscribe to a joint U.S. Individual Income Tax Return, for the calendar year 2020, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. That income tax return, which was filed with the Internal Revenue Service reported $11,369 in gross receipts on Line Item 1, Part 1, of a Schedule C for G&G Accounting Management LLC, whereas, as she then and there well knew that G&G Accounting Management LLC had $126,969.54 in gross receipts.

All in violation of Title 26, United States Code, Section 7206(1).

**COUNT THREE: [26 U.S.C. § 7206(2)]**

The U.S. Attorney further charges:

On or about March 18, 2022, in Jefferson County, the defendant,

**LASHUNDRA CORNELIUS GUNN,**

a resident of Trussville, Alabama, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of TAXPAYER-1 for the calendar year 2021. The return was false and fraudulent as to a material matter, in that the return contained a Schedule C that reported that TAXPAYER-1 operated a landscaping business that earned $28,486 as reported on Line Item 1, Part 1, whereas, as the defendant then and there knew, that TAXPAYER-1 did not operate a landscaping business, and TAXPAYER-1 did not have $28,486 in gross receipts from that business.

All in violation of Title 26, United States Code, Section 7206(2).

PRIM F. ESCALONA
United States Attorney

*/s/ electronic signature*
JOHN M. HUNDSCHEID
Assistant United States Attorney